1  **GLANCY PRONGAY & MURRAY LLP**
   Lionel Z. Glancy (#134180)
2  Robert V. Prongay (#270796)
   Lesley F. Portnoy (#304851)
3  1925 Century Park East, Suite 2100
4  Los Angeles, CA 90067
   Telephone: (310) 201-9150
5  Facsimile: (310) 201-9160
   Email: info@glancylaw.com
6
7  *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

10 | KANG LI, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Case No. 5:15-cv-05841-EJD |
|---|---|---|
| Plaintiff, | ) ) ) | **CLASS ACTION** |
| v. | ) ) | |
| KALOBIOS PHARMACEUTICALS, INC., MARTIN SHKRELI, and HERB C. CROSS, | ) ) ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PARTY WITHOUT PREJUDICE** |
| Defendants. | ) ) ) ) ) ) | |

NOTICE OF VOLUNTARY DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Kang Li ("Plaintiff") hereby voluntarily dismisses all claims against defendant Herb C. Cross *only*, from the present action, without prejudice.  As grounds thereof, Plaintiff states that no opposing party has served either an answer or a motion for summary judgement.

Dated: December 21, 2015                Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND LOCAL CIVIL RULE 5-1**

I, the undersigned, say:

I am a citizen of the United States and am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On December 21, 2015, I served the following document:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF PARTY WITHOUT PREJUDICE**

By posting the document to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as listed on the attached Court's ECF Service List.

And on any non-ECF registered parties:

By U.S. Mail:  By placing true and correct copies thereof in individual sealed envelope: with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence or mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2015, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 5:15-cv-05841-EJD Li v. KaloBios Pharmaceuticals, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Z. Glancy**
  info@glancylaw.com,lboyarsky@glancylaw.com,lglancy@glancylaw.com

- **Lesley F Portnoy**
  lportnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`