HOGAN LOVELLS US LLP
Michael J. Shepard (Bar No. 91281)
3 Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
michael.shepard@hoganlovells.com

HOGAN LOVELLS US LLP
J. Christopher Mitchell (Bar No. 215639)
80 South Eighth Street, Suite 1225
Minneapolis, Minnesota 55402
Telephone: (612) 402-3000
Facsimile: (612) 402-3001
chris.mitchell@hoganlovells.com

Attorneys for Defendant
KALOBIOS PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANG LI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KALOBIOS PHARMACEUTICALS, INC., MARTIN SHKRELI and HERB C. CROSS,<br><br>Defendants. | Case No. 5:15-cv-05841-EJD<br><br>**SUGGESTION OF BANKRUPTCY** |

1  **PLEASE TAKE NOTICE** that on December 29, 2015, a voluntary petition ("Voluntary Petition") for relief under chapter 11 of title 11 of the United States Code, 11. U.S.C. §§ 101-1532 (the "Bankruptcy Code"), was filed in the United States Bankruptcy Court of the District of Delaware by Kalobios Pharmaceuticals, Inc. ("Debtor").[1]  A true and correct copy of Kalobios Pharmaceuticals, Inc.'s Voluntary Petition is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362 of the Bankruptcy Code, upon the filing of the Voluntary Petition, an injunction is placed into effect which stays, among other things, the commencement or continuation, including the issuance or employment of process, of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the filing of the Petition, or to recover a claim against the Debtor that arose before the filing of the Petition, or any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.

Kalobios files this Suggestion of Bankruptcy to notify the Court and parties of the filing of the Voluntary Petition.  In filing this Suggestion, Kalobios does not acknowledge or waive service of a summons and does not intend to enter a general appearance.  Kalobios reserves all rights and defenses, including Rule 12 defenses related to insufficient process and insufficient service of process, and all other Rule 12 defenses.

Dated: January 8, 2016						HOGAN LOVELLS US LLP


								By: */s/ J. Christopher Mitchell*
								     J. Christopher Mitchell

								Attorneys for Defendant
								KALOBIOS PHARMACEUTICALS, INC.

---

[1] The Debtor in the chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is Kalobios Pharmaceuticals, Inc. (7236). The Debtor's principal office is located at 442 Littlefield Avenue, San Francisco, CA 94080.