# EXHIBIT A

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an
amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | Kalobios Pharmaceuticals, Inc. |
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 77 _ 0557236 _ _ _ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 442 Littlefield Ave.<br>Number      Street | _____<br>Number      Street |
| _____ | _____<br>P.O. Box |
| San Francisco, CA 94080<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| _____<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number      Street<br>_____<br>City          State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.kalobios.com |
| 6. **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

| Debtor | Kalobios Pharmaceuticals, Inc. | Case number (if known)_____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                              MM / DD / YYYY

Case number, if known _____

| Debtor | Kalobios Pharmaceuticals, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this* district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____
<br>Number     Street

_____

_____
<br>City     State     ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

| Debtor | Kalobios Pharmaceuticals, Inc. | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

**✗** _____    Eugene I. Davis
Signature of authorized representative of debtor    Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

**✗**  /s/ Eric S. Schwartz          Date    12/29/15
Signature of attorney for debtor                MM   / DD / YYYY

Eric D. Schwartz
Printed name

Morris, Nichols, Arsht & Tunnell LLP
Firm name

1201 N. Market Street, 16th Floor
Number    Street

Wilmington                              DE      19801
City                                    State   ZIP Code

(302) 658-9200                          eschwartz@mnat.com
Contact phone                           Email address

3134                                    DE
Bar number                              State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-35798 .

2. The following financial data is the latest available information and refers to the debtor's condition on  12/29/15 .

a. Total assets                                             $  8,374,463

b. Total debts (including debts listed in 2.c., below)      $  1,942,729

c. Debt securities held by more than 500 holders

|  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | | _____ |

d. Number of shares of preferred stock                      0

e. Number of shares common stock                            4,474,603

Comments, if any: _____

3. Brief description of debtor's business:  KaloBios Pharmaceuticals, Inc., is a biopharmaceutical company focused on developing cancer treatments.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
 Martin Shkreli, David Moradi and Anthion Partners II LLC

**RESOLUTIONS OF THE BOARD OF DIRECTORS OF**
**KALOBIOS PHARMACEUTICALS, INC.**

Effective as of this 29th day of December, 2015, pursuant to a special telephonic meeting on the same date, the board of directors (collectively, the "Board of Directors") of KaloBios Pharmaceuticals, Inc., a Delaware corporation (the "Corporation"), upon a motion duly made and acting pursuant to the Corporation's organizational documents, took the following actions and adopted the following resolutions:

**WHEREAS**, the Board of Directors has considered information regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to the Corporation, and the impact of the foregoing on the Corporation's business; and

**WHEREAS**, the Board of Directors has had the opportunity to consult with the Corporation's management and financial and legal advisors to fully consider each of the strategic alternatives available to the Corporation; and

**WHEREAS**, the Board of Directors has been presented with a proposed petition to be filed by the Corporation in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code"); and

**WHEREAS**, the Board of Directors desires to approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, the creditors of the Corporation, and other interested parties that a voluntary petition (the "Petition") be filed in the Bankruptcy Court by the Corporation to initiate a bankruptcy case (the "Chapter 11 Case") under the provisions of chapter 11 of the Bankruptcy Code; and be it further

**RESOLVED**, that the Corporation, by and through Eugene I. Davis, in his capacity as the Corporation's Chief Restructuring Officer  (the "Designated Representative"), is hereby authorized, directed, and empowered (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the Bankruptcy Court, such Petition to be filed at such time as the Designated Representative executing the Petition shall determine and to be in the form approved by the Designated Representative executing such Petition, with the execution thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of such Designated Representative, may be necessary, appropriate, or desirable, and (iii) to review the complete list of creditors of the Corporation (the "Creditor Matrix") and to cause the Creditor Matrix to be filed with the United States Bankruptcy Court for the District of Delaware and to execute and file a declaration in support of such Creditor Matrix, which shall be filed at such time as the Designated Representative shall determine and to be in the form approved by the Designated Representative executing such Creditor Matrix, with the execution

1

thereof by the Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

RESOLVED, that the Designated Representative is, authorized, empowered, and directed, with power of delegation, to execute and file in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all management action necessary, appropriate, desirable, or proper in connection with the Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business, including any actions necessary to retain any professionals deemed necessary (including, without limitation, Hogan Lovells US LLP and Morris, Nichols, Arsht & Tunnell LLP) to assist the Corporation in the Chapter 11 Case and in carrying out its duties under the provisions of the Bankruptcy Code; and be it further

RESOLVED, that the Designated Representative is hereby authorized, directed, and empowered from time to time, until the termination of such Designated Representative, with power of delegation, to take such actions and execute and deliver such documents as may be required or as the Designated Representative may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, applications, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Designated Representative taking or executing the same shall approve, the taking or execution thereof by such Designated Representative being conclusive evidence of the approval thereof by the Designated Representative; and be it further

RESOLVED, that the Designated Representative is hereby authorized, directed, and empowered to employ the law firm of Hogan Lovells US LLP as bankruptcy counsel for the Corporation to render legal services to, and represent, the Corporation in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Designated Representative shall approve; and in connection therewith, the Designated Representative is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Hogan Lovells US LLP; and be it further

RESOLVED, that the Designated Representative is hereby authorized, directed, and empowered to employ the law firm of Morris, Nichols, Arsht & Tunnell LLP as Delaware bankruptcy counsel for the Corporation to render legal services to, and represent, the Corporation in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as the Designated Representative shall approve; and in connection therewith, the Designated Representative is, with power of delegation, hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Morris, Nichols, Arsht & Tunnell LLP; and be it further

**RESOLVED**, that the Designated Representative be, and hereby is, authorized, empowered and directed, with power of delegation, to retain such other professionals on behalf of, and in the name of the Corporation as the Designated Representative deems appropriate during the course of the Chapter 11 Case; and be it further

**NOW THEREFORE, BE IT RESOLVED**, that in addition to the specific authorizations heretofore conferred upon the Designated Representative, the Designated Representative and his designees shall be, and each of them hereby is, authorized, directed, and empowered, with power of delegation, in the name of, and on behalf of, the Corporation and under its corporate seal or otherwise, to take or cause to be taken any and all such further action, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, and other documents, and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment shall be necessary, advisable, or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and be it further

**RESOLVED**, that all members of the Board of Directors of the Corporation have received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Corporation, or hereby waive any right to have received such notice; and be it further

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Corporation with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Board of Directors and that the Designated Representative did execute the same. The actions taken by this resolution shall have the same force and effect as if taken at a meeting of the Board of Directors duly called and constituted pursuant to the Bylaws of the Corporation and the laws of the State of the Corporation's incorporation.

IN WITNESS WHEREOF, the undersigned directors of the Corporation have executed this unanimous written consent as of December 29, 2015.

_____
Michael Harrison

_____
David Moradi

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| KaloBios Pharmaceuticals, Inc. | |
| Debtor.[1] | Case No. 15-          (     ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007-1, the Debtor is not aware of any corporation that directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

---

[1] The last four digits of the Debtor's federal tax identification number are 7236. The Debtor's address is 442 Littlefield Ave., San Francisco, CA 94080.

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | KaloBios Pharmaceuticals, Inc. |
| United States Bankruptcy Court for the: | District of Delaware<br>(State) |
| Case number (If known): | |

☐ Check if this is an
amended filing

<u>Official Form 204</u>

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an** *insider,* **as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | University of Miami | (305) 243-4492<br>mgarcia4@med.miami.edu | | | | | $291,126.30 |
| 2 | Ernst & Young, LLP | (800) 561-8736 | | | | | $192,360.00 |
| 3 | Lonza Sales Ltd (GBP | | | | | | $101,350.16 |
| 4 | Gunderson Dettmer | (650) 321-2400 | | | | | $ 89,597.00 |
| 5 | Catalent CTS (Kansas City), LLC | (877) 321-9388 | | | | | $ 89,436.10 |
| 6 | Kilpatrick Townsend & Stockton LLP | (415) 273-4345 | | | | | $ 85,480.28 |
| 7 | Cedars-Sinai Medical Center | | | | | | $ 73,000.00 |
| 8 | The Regents of U.C., Davis | (530) 754-4986 | | | | | $ 72,392.94 |

| Debtor | KaloBios Pharmaceuticals, Inc. | | Case number *(if known)*_____ |
|---|---|---|---|
| | Name | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | INC Research, LLC | | | | | | $ 72,346.30 |
| 10 | The Cleveland Clinic Foundation | | | | | | $ 66,679.60 |
| 11 | Monash University (AUD) | | | | | | $ 58,729.63 |
| 12 | QualTek Molecular Laboratories | | | | | | $ 53,993.00 |
| 13 | Royal Adelaide Hospital c/o CNS | christine.hoare@health.sa.gov.au | | | | | $ 52,039.50 |
| 14 | Mayo Clinic | | | | | | $ 46,770.00 |
| 15 | Pharmaceutical Research Association, Inc. (PRA) | | | | | | $ 45,745.00 |
| 16 | PPD Development | | | | | | $ 44,222.00 |
| 17 | Beyond Benefits Life Science Association Trust | (510) 318-6820 | | | | | $40,820.86 |
| 18 | Icahn School of Medicine at Mount Sinai | (212) 824-7659 sue.leung@mssm.edu | | | | | $40,776.32 |
| 19 | FBE, Inc. dba Michael Adams | | | | | | $ 40,000.00 |
| 20 | Netsuite Inc. | (800) 762-5524 | | | | | $ 39,890.56 |

Fill in this information to identify the case and this filing:

Debtor Name __KaloBios Pharmaceuticals, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                        (State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Creditor Matrix, Corporate Ownership Statement__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/29/2015__      **✗** _____
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                  __Eugene I. Davis__
                                  Printed name

                                  __Chief Restructuring Officer__
                                  Position or relationship to debtor

A2Q2

AAIPharma

Aaron Leon Weitzman

ABCAM

ABD Insurance Services

ABFO

Ablynx NV

Abnova Taiwan Corporation

ABS Imaging Systems

Accenture LLP

Accountemps

Accretive Solutions - Northern California, Inc.

Accutest Laboratories Northern California, Inc.

ACD Telecommunications

ACE Fire Equipment & SVC CO., Inc.

Acera Inc.

Acerna Incorporated

Aclairo Pharmaceutical Development Group Inc

Acurian, Inc.

Adjuvant, Inc.

Admento Promotions Group

ADPEN Laboratories, Inc.

Advance Recruitment Solutions

Advance Research Associates Inc

Advanced Clinical Services LLC

Advanced Clinical, Inc.

Advanced Targeting Systems

Aeris, Inc.

Aerotek, Inc.

Affinity Bio Partners, LLC dba Christina DiArcangelo

Puller

Affymetrix Inc

Agama, Inc.

Agen Biomedical Ltd.

Agilent Technologies

Agility Clinical, Inc.

Ahulme Biopharma Consulting

Ajinomoto Althea, Inc. (formerly Althea Technologies

Inc.)

Alan Burnett

Alexander Plumbing dba Amy Alexander

Alfred Health

Alios BioPharma, Inc.

All Chem Disposal Inc

All Covered (formerly EveryNetwork)

AllCells, LLC

Alliance Analytical Inc

Alliance for Strategic Development

Allied Administrators, Inc for Delta Dental

Almac Clinical Services

ALPCO Diagnostics

Alpha Diagnostic Int'l Inc

Alpha Innotech Corporation

Ambion, Inc.

AMC Medical Research

American Beverage Equipment

American Chemistry Society dba Chemical Adbstracts

Service

American College of Rheumatology

American Express

American Medical Association

American Society for Microbiology

American Society of Pediatric

Hematology/Onocology

Amy Burks

Ana Krtolica

AnaSpec Inc

Ancell Corporation

Andover Printing Services Ltd.

Andrew Wallace Boyd

Anne Borgman Hagey

Anogen

Antibody Solutions

AntibOZ Pty Ltd

Any Cartridge Recycling Co.

Aon Consulting

Applied Biosystems

Applied Strategies Consulting, LLC

Appropriate Technical Resources, Inc

Aptuit Scientific Operations LLC

Aramark Refreshment Services (formerly Old Time

Coffee)

Aramark Uniform Services

ARANCA US, INC.

ARC Consulting LLC

ARCA BioPharma, Inc

Argos Technologies Inc.

Argot Partners LLC

Arguello Catering

Ari Azhir Corporation

Armonia Clinical Research LLC

Arnall Golden Gregory

Arnold A. Gonzalez, Jr.

Arnon Rosenthal

Arrowsmith Oncology LLC dba Robert H. Earhart

Arthur Kavanaugh, MD

Arturo Salgado

Asahi Kasei Medical America Inc

ASBMB

Assay Designs Inc

Associates of Cape Cod Inc

AT&T

AT&T Mobility

ATCC

Atlas Copco Compressors LLC

Auctionet

Automatic Data Processing, Inc. (ADP)

Avanti Research, Inc.

Avecia Ltd.

Avidity

BAC B.V.

Back Into Business

Bai, Lu

Balance Fitness Equipment Warehouse

Bamboo Solutions

Bangs Laboratories, Inc.

Barbara Bell Photography

Barnstead International

Batya Hayut

Baxter Healthcare Corporation

Baxter International Inc.

Bay Area Bioscience Association dba California Life

Science Asso

Bay View Funding

BD Pharmingen

Bebbington Family Trust

Beckman Coulter Incorporated

Becton, Dickinson and Company

Bench-Tek

Berger Consulting LLC

Berger/Lewis Acountancy Corp.

Bethyl Laboratories, Inc.

Better Source Liquidators

Beyond Benefits Life Science Association Trust

BIG FUN Disc Jockeys

Billups-Rothenberg Inc

Billy Phan

Bingham McCutchen LLP

Bio-Quant, Inc

Bio-Rad AbD Serotec, Inc

Bio-Rad Labs

BioAgilytix Labs

BioCentury Publications, Inc.

BioChain Institute, Inc.

Biocrest Manufacturing, L.P.

BioDtech, Inc

BioExpress

BioGX, Inc.

BioLegend

Bioline USA Inc

BioLogic Software Pty Ltd

Biologica, Ltd

Biological Consulting Europe Ltd

Biologics Consulting Group

Biomatik Corporation

Biomeda

Biomedic Insure

Biomedical Insights, Inc.

Biomedical Research & Education Foundatio

Biomedical Systems Corporation

BIOMOL International, Inc

BioProcess Technology Consultants, Inc.

BioQuest B.V.

Bioreclamation, Inc

BioReliance

BioSense Consulting Services dba Lawrence Dumont

Biosensor Tools

BioSource International

BioSpace

Biostatus Limited

Biosupplies Australia Pty Ltd

BioSurplus, Inc.

Biotech Core, Inc.

Biotech Equipment Sales, Inc.

Biotechnology Industry Organization

Biotium, Inc.

BioVision Inc

BioWa, Inc

BioWorld Molecular Tools & Lab Essentials

Blackwell Publishing

Blue Shield of California

BMG Labtech

Bo Yu and Ying Mei

Bo Yu*

Board of Equalization

Board of Trustees of the Leland Stanford Junior

University

Bob Adler Photography

Boehringer Ingelheim

Bold Type Design, Inc

Bonnie Miller Quality Clinical Research Consulting,

LLC

Bonsai Boon

Borje S. Andersson

Boston BioProducts Inc.

Brand Institute Inc.

Branimir I. Sikic

BREFSA

Brett Norman

BrewLife

Brian Frenzel

Bridge Consulting

Bright Meetings & Events

Brigitte Smith

Brinkmann-Eppendorf Services, Inc.

Broadridge ICS

Brobeck Attorney's at Law

Brown, Deborah*

Btight Meetings & Events

Buenaflor C Nicolas

Burrill Capital Management, Inc

Business Filings Division

Business Wire, Inc

Byrd & Byrd

C.P. Construction

CA Franchise Tax Board

Cabrini Health Ltd. member of Clinical Trials

Australia

Caffe Carrello

Calibrate, Inc.

California Apostille Services

California Chamber of Commerce

California Compliance School

California Department of Corporations

California Healthcare Institute

California Secretary of State

California Separation Science Society

CalTag Laboratories

Caltrain

Calvert Laboratories, Inc.

Cancer Trials Australia (AUD)

Canteen Vending Services

Capital Advisors

Capital Biosciences

Card Services

Carin Mueller

Carl Hemenway

Carlos  E MIlla

Carlos Alvarez

Carlos Cantu III

Carlsbad Pharmaceutical Consulting, Inc.

Carol Straford

Caroline Pai

Carolyn Feamster

Carolyn Stewart

Carrier Corporation

Case Western Reserve University

Cash

Catalent CTS (Kansas City), LLC

Catalent Pharma Solutions - Bolton (UK)

Catalent Pharma Solutions - GALA (Madison)

Catalent Pharma Solutions - PA

Catalent Pharma Solutions - RTP

Catalent Pharma Solutions Ltd

Catalent Pharma Solutions, LLC

Catherine McAuliffe

Cathy Howard

Cayman Chemical Company

CBS

CCBR - Synarc

CCS Associates

CDW Direct

Cecilia Oliyai

Cecilia Oliyai, Declaration of Trust

Cedars-Sinai Medical Center

Cell Biolabs, Inc.

Cell Sciences, Inc.

Cell Signaling Technology

Cell Technology Inc.

Celscia Therapeutics

Center for Anti-Infective Agents

Center for Creative Leadership

Central Direct USA

Cepheid

Chad Oh

Change, Thomas

Chapman and Cutler

Charles Democko

Charles River Laboratories

Charles River Montreal

Charles Russell LLP

Charles T. Hardy, PhD, MBA

Charon Spencer

Chastain Research Group

Chemicell GmbH

Chesapeake Research Review, LLC dba Chesapeake

IRB

Children's Hospital & Regional Medical Center

Children's Hospital of Pittsburgh of UPMC

Chiltern International, Inc.

Cho BioPharm

Christian Cobaugh

Christian Dequet

Christian Dinh

Christiane  De Boeck

Christina Yi

Christine Krieg

Christine Miller Design

Christopher Bebbington

Christopher Bebbington and Melanie Bebbington

Chroma Technology Group

Chubb Fire & Security, Inc.

Chubb Group of Insurance Companies

Chuck Davis

Cintas Corporation

Cintas First Aid & Safety

Cisco WebEx LLC

CIT Technology Financing Inc.

Citrix Online LLC

City of Palo Alto

City of South San Francisco

CKR Interactive

Claire N. Baer

Clarke American (Checks)

Clarus Ventures, LLC

Classic Glass, Inc.

Claydon Consulting Groupe Ltd

Clean Harbors Environmental Services

ClinCore Consultants, LLC

Clinical Conduct Associates Ltd

Clinical Drug Dev't Consultants, LLC dba Monic Jain

Stuart

Clinical Financial Services, LLC dba CFS Clinical; a

part of Drug Dev

Clinical Network Services (CNS) Pty Ltd.

Clinical Pharmacovigilance Consulting, LLC dba

Raneela Kausar Steiner

Clinical Research Consultants

Clinical Research Consultants (AUD)

Clinical Trials Management Pty Ltd

Clinimetrics Research Associates Inc

ClinPhone Inc

Clive Peter Page

CMIC Company, Ltd

Cobaugh, Christian

Cobblestone Systems Corp

Cogenics

Cole-Parmer

Colice Pharmaceutical Consulting

Colleen Dzwonek

Colonial Surety Company

Comerica Bank

Comerica Bank - Int'l Trade Services

Comerica Commercial Card Services

Commissioner of Patents

Commonwealth of Massachusetts

Como Travel

Comp USA

Comparative Biosciences Inc.

Compass Consulting Group Inc.

Compliance Media, Inc.

Compugen USA, Inc.

Compushare, Inc.

Computershare, Inc.

Conexis

Conkwest Inc

Continental Pacific Travel

Controller's Group

Conversant Bio

Conversant Healthcare Systems, Inc.

Cook Pharmica LLC

Cooley LLP

Cooper Clinical Consulting, LLC dba Laura E.

Kendall

CoPower

Copyright Clearance Center

Coreclin LLC

Corporate Executive Board

Corporate Express

Coulter Construction, Inc.

Covad

Covance

Covance Central Laboratory Svcs Inc

Covance Clinical Research Unit Inc.

Covance Laboratories Inc.

Covance Laboratories Ltd

Covance Laboratories Ltd. (GBP)

Covance Research Products Inc

Covington & Burling LLP

Coyote Creek Consulting, Inc.

Craig Brown

CRC for Diagnostics

Creative Regulatory Solutions, LLC

Crescent Chemical Co., Inc.

CRF Inc

Cryosite Distribution Pty Ltd (AUD)

Cryospec, Inc.

CryoTrack Inc

Crystal Dorsey

CSD Biostatistics Inc

CSIRO

Cummins West Inc

Current Topics in Infectious Diseases

Curtis G Gravance

CVPartners, Inc.

Cygnus Technologies, Inc.

Cystic Fibrosis Foundation

Cystic Fibrosis Foundation Therapeutics

Cytek Development

D&B

D.L. Chaney Scientific Inc

Daewon Pak

Dako North America, Inc.

DakoCytomation California, Inc.

Dalmatian Courier Inc

Dan Levitt

Dan Marshak

Dan Shochat

Daniel C. Minutillo

Daniel Lobato

Danna Ross

Danny Wong

Datalink Corp (formerly BEAR Data Solutions, Inc.)

Datasafe

Dave Singh Limited

Dave Singh Limited (GBP)

David F. Blake and Carol A. Stratford

David Geller

David K. Martinez

David Martinez

David Pritchard

De Novo Software

Deans, Lynne

Deborah Campagna

Decision Resources

Defined Health

Degryse Electric, Inc

Dell Business Credit

Dell Software

Deloitte & Touche LLP

Deloitte Recap LLC

Deluxe Business

Democko, Chuck

Denise Hodges

Denise M. Gilbert

Dennis Fisher, MD

Dennis Henner

Dennis J. Henner

Department of Corporations

Department of Industrial Relations

Department of Toxic Substances Control

Development Bank of Japan Inc.

Development Engineering Sciences, LLC

DeWinter Group, Inc.

DG Architects, Inc.

DHL

Diagnostic Chemicals Limited

Diana Bilton

Diana Petty Hostetter

Dionex Corporation

DiscoveRx Corporation

Diversified Air

Diversified Biotech

Diversified Fire Products

DNA2.0 Inc.

DNASTAR, Inc.

Document Solutions Group Inc.

Dohmen Life Science Services, LLC (formerly

BioSoteria, Inc.)

Don A. Gabriel

Don Joseph

Donald Robert VanDevanter

Donald Young

Dorevitch Pathology

Dorsey & Whitney LLP

Dovebird Inc.

Dr. Alexander Kamb

Dr. Daniel Levitt

Dr. James Marks

Dr. John Curd

Dr. Peter Myers

Dr. Satomi Haga

Dragon Productions

Drexel University College of Medicine

Duke University

Dyax Corp

Dynamic Impact Group, Inc.

E&K Scientific

E*Trade Financial Corporate Services

EAC

Easy Fuel, Inc

Eaton Corporation

eBioscience, Inc

Echelon IT

Edgar Tenorio

Edge Alliance, Inc.

Edinburgh Research and Innovation Ltd

Edinburgh Research and Innovation Ltd (GBP)

Edmond Mok

Egnyte, Inc.

Ehnow, Autumn

EKB Regulatory Consulting dba Emma Katharine

Bain

Elastin Products Company, Inc

Elborn J Stuart

Electro-Motion, Inc.

Electrocoat

Electron Microscopy Sciences

Elim Biopharmaceuticals, Inc.

Ellen N Cheung

Elsevier Ltd.

EMD Millipore Corporation

Emergency Medical Products, Inc

Employment Development Department

Enterprise Maintenance Company Inc.

Enzo Life Sciences International, Inc.

EP Hayes Toxicology Services LLC

EP Scientific Products, LLC

ePC Computer Solutions, Inc.

Epicentre Technologies Corp

Epitomics Inc.

EpiVax, Inc.

Equipment Resurrection

EquipNet, Inc

Equity Administration Solutions Inc

eResearch Technology, Inc.

ERI

ERI Int'l Inc

Eric K. Rowinsky, M.D.

Eric Padron

Ernst & Young Product Sales, LLC

Ernst & Young, LLP

Espresso Bar Catering dba Jeremiah B. Lewis

Essence Printing, Inc.

Estancia La Jolla Hotel & Spa

Eurofins BioPharma Product Testing Munich GmbH

Eurofins Lancaster Laboratories, Inc.

Eurofins Medinet

Eurofins Pharma Control

European Business Development Group Inc

European Directorate for the Quality of Medicines &

Healthcare (EDOM)

European Medicines Agency (EMA)

European Medicines Agency (EMA) (Euro)

European Respiratory Society

Events Etc.

Everardo Legaspi

EverMap Company, LLC

Evolution Ventures

Excel Micro

Excellence Consulting, LLC dba Claire M. Weber

Exemplar Compliance, LLC

Farris Electric

Fast Copier/Printer Service

Faultline Express, Inc.

FBE, Inc. dba Michael Adams

FDAReady Consulting dba Gregory Bobrowicz

FDC Reports, Inc.

FedEx

FedEx - White Glove Services

FedEx Freight

Felix Ratjen

Ferdic, Inc

Fermentas Inc.

Fidelity Advisor Series I

Fidelity Advisor Series I:Fidelity Advisor Dividend

Growth Fund

Fidelity Advisor Series VII

Fidelity Advisor Series VII:Fidelity Advisor

Biotechnology Fund

Fidelity Investments (401K)

Fidelity Magellan Fund

Fidelity Magellan Fund:Fidelity Magellan Fund

Fidelity Rutland  Square Trust II:Strategic Advisers

Core Multi-Manager Fund

Fidelity Rutland Square

Fidelity Rutland Square Trust II

Fidelity Rutland Square Trust II: Strategic Advisers

Core Fund

Fidelity Securities Fund

Fidelity Securities:Fidelity Dividend Fund

Fidelity Select Portfolios

Fidelity Select Portfolios:Biotechnology Portfolio

Financial Accounting Standards Board (FASB)

FINRA

Fire Electric

Fire Master

First Kyiv Branch St Garantia

Fisher BioServices, Inc.

Fisher Scientific

Flagship Facility Services, Inc

Flashner, Mike

Fleming Consulting Inc

Flinders University

Foley & Lardner LLP

Foley Electric Inc

Folio BioSciences, LLC

Formatech, Inc.

ForteBio

Frank's Texas BBQ, LLC

Franz Hefti

Frederick Henell

Freemind Group LLC

Fry's Electronics

Furnished Rental

G & H Partners

G.NEIL

Gabriela Evia

Garbini Electric

Garcia Well & Pump Company

Garima Jain

Gary D. Nelson Associates Inc.

Gary Eiger

Gary Lyons

GBS Venture Partners Limited

GBS Venture Partners Pty Ltd

GE Healthcare Bio-Sciences Corp.

GE Mobile Water, Inc.

Geiger

GeneCopoeia

General Hospital Corporation

GeneTex, Inc.

GeneTool

GenomeQuest, Inc.

GenTech Scientific

GenWay Biotech

Genzyme Corporation

Geoffrey McColl

Geoffrey Yarranton

George G. Montgomery

George Sachs

George Sachs and Margaret Sachs

Georgeson Inc.

Gerardo Zapata

Gerd Doering

Gerson Lehrman Group Inc.

Gibco/Invitrogen Life Technologies

Gift Advertising

Gil De Vincenzi

Ginger Levy

Girls Gone Vinyl & Signs by J Toll

Gold Biotechnology, Inc.

Gold Shield Distributors, Inc.

Goldbio.com

Goodwin Procter LLP

Gorgone Clinical Trials Consulting, Inc.

Graphic Imagery

GraphPad Software

Great America Leasing

Greg Meyer

Greiner Bio-One

Groves Pharma Consulting

Gryon Consulting Ltd.

GTCBio

Guckenheimer Enterprises Inc.

Gunderson Dettmer

Gwen Francis Design Group

H&A Scientific

H. Lee Moffitt Cancer Center

H. Lee Moffitt Cancer Center & Research Institute,

Inc.

H. Lee Moffitt Cancer Center and Research Institute

Hospital, Inc.

Hagop Youssoufian

Hallmark Personnel

Happily Ever Laughter

Harlan Laboratories, Inc.

Harland data Print

Harlanddataprint Checks

Harrington Industrial Plastics LLC

Hartke Consulting

Harvard University

HCI Systems Inc.

HCP Life Science REIT, Inc. dba Bayside

Acquisition, LLC

HDMZ (formerly Zoomedia, Inc.)

Heidrick & Struggles, Inc.



Heike Krupka

Helen Peake

HelixIP LLP

Henk Kocken

Herb Cross

Hoang C. Dinh

Hoem & Associates, Inc.

Hollister-Stier Laboratories, LLC

Honan Insurance Group

Honan Insurance Group Pty Ltd. (AUD)

Hong Wang

Hopkins & Carley

Hoth Consulting, Inc.

Hovione

Howard Baer

HumanZyme Inc.

Hunter New England Area Health Service

Hyaluron Contract Manufacturing

HyClone Laboratories, Inc.

Hyman, Phelps & McNamara, P.C.

IBC Life Sciences

Icahn School of Medicine at Mount Sinai

Ice Systems, Inc. dba Proxytrust

ICOM Mechanical, Inc.

ICON Clinical Research

ICON Laboratories, Inc.

Icon Laboratory Services, Inc. (formerly Icon

Development Solutions, LLC)

ICON Laboratory Services, Inc. (formerly Prelavalere

Life Science)

IHC World, LLC

In-Vivo Technologies, Inc.

INC Research, LLC

Inceptio Group

Inclin, Inc.

Incorporating Services, Ltd.

Independence Storage

Info Partners

InformaData Sources

Innisfree M&A Inc.

Innovative Communication Technology

Innovative Research

Innovative Research, Inc.

Innovex Biosciences

Inside Source, Inc

Insight Genomics

Inspire Research, LLC

InsPro Agents & Brokers

Institute of Biomedical Sciences

Institutional Review Board

Integrated Communications Systems

Integrated DNA Technologies Inc

Intelligent Technologies and Services, Inc.  dba

Intelli-tech

Intergrity Casework Enterprises

Interim Advantage Inc.

Interior Motions

International Eosinophil Society, Inc.

Inveshare, Inc.

Invitrogen Corporation

Invitrogen Corporation (Supply Center)

Invitrox, Inc.

InvivoGen

Iron Gate Restaurant

Iron Mountain

Isaac Rondon

Ishwarlal Jialal

Israel Charo

ISS Corporate Solutions, Inc.



Itris Tradmed AG

Iverson Consulting

Izzy Cornelio

J. Marymont, Inc

Jackson ImmunoResearch, Inc.

James Brubaker/John Bardsley

James Chalmers

James Chmiel

James Cho

James Fink

James Healy

James Larrick, Pan Research, Inc. and Panorama

Research Inc.

James W Freston

James W. Larrick

Jane Green

Jane Knudson

Janell Bryant

Janet Rimmer, MD

Jason Williams

Jay Hilliard

Jay Sorensen

Jeanette C. Fritzky

Jeanne Jew

Jeff Yuen & Associates, Inc.

Jeffrey Lancet

Jeffrey N. Cooper

Jeffrey Szer

Jeng H. Her and Ye-Fen Hsiao

Jeng Her

Jennifer Bruce

Jeremy Taylor

Jerry Gillgren

Jerry Zelko

Jewell & Associates, PC

JGB BioPharma Consulting

Jim Marks

JLS Language Corporation

Joanna Lynn Nicole

Joe Laver

John Curd

John Hancock

John J. Lipuma

John Leung

John Lin

John Seymour

John Silowsky

John Upham

John Wiley & Sons, Inc.

John Woronicz

Johnson Storage & Moving - San Diego

Jon R. Wallace

Jonathan Leff

Jones Lang LaSalle

Jordan Limited

Jose G. Diez, MD. FACC, FSCAI

Josh Deschamps

Josh Pelham

Joy T Barnitz

JSW Research

Juan N. Walterspiel MD FAAP

Judith Myers

Judith Rabbie

Jumping Jacks Jumpers

Jupiter Pharma Consulting Inc

JW Consulting dba Jacqueline Mary Walling

K.F. Howell Electric, Inc.

K.I.T. Swiss AG

Kaiser Foundation Health Plan, Inc.

Kara Halvorsen Consulting LLC dba Kara J

Halvorsen

Karen Meiers

Kauai Abreu Ohana

KBA Docusys - CA

KBA Docusys, Inc - Denver

KBI BioPharma, Inc.

KDS Plumbing, Inc

Keen Consulting

Keith Kanik

Keith Meyer

Keith W. Marshall

Keith Wycoff PhD

Kelly Services, Inc.

Kendle Int'l

Kendle International

Kendro

Kenneth Macleod Travel

Kenneth R. Luehrsen

Kent Iverson

Kerensa Saljooqi

Kevin Keefe

Kilpatrick Townsend & Stockton LLP

King & Spalding LLP

Kirkegaard & Perry Labs, Inc.

Kirkland & Ellis LLP

KK Copying & Printing

Knudson Associates, LLC

Koh Nakata

Koller Pharmaceuticals, Inc.

Kris Faria

Kris Martinez

Kristi S. Mahadocon

Kristin Trapasso

Kuleto's Trattoria

Kureczka/Martin Associates

La Tapatia

Lab Commerce Inc

Lab Safety Supply, Inc.

Lab Storage Systems, Inc.

Lab Support

LabConnect, LLC

LabSource, Inc

LabWorks Equipment Service, Inc.

Lakeview Mechanical Services

Landmark Builders

Lark Technologies, Inc.

Larry J. Strauss

Larry Johnson

Larry W. Moreland, MD

Laser Choice One

Laser Label Technologies

Latham & Watkins LLP

Laura J. Vitez

Laureate Pharma, Inc.

Laurie Smaldone Alsup

Law Offices of Joan Squires-Lind

LB I Group Inc.

LC Laboratories

LeadLander

Lee Ellis

Leonard B. Bacharier, MD

Lesley Grant

Lew's Peninsula Lock & Key

LFTM, Inc.

LHJ Consulting Inc

Li-Cor Inc.

LICR

LICR - Melbourne-Austin Branch

Life Diagnostics, Inc.

Life Technologies Corporation

Lifeguard

LifeSpan BioSciences Inc

Light Ahead Consulting

Lightning Technology Inc

Linne Anne Conrad

Literature Express

Liu's International Kitchen

LJV Biotech Ventures Consulting, Inc.

Lockworks Unlimited

Lon Borck

Lone Mountain Biotechnology and Madical Devices,
Inc.

Lonza Rocklands, Inc

Lonza Sales Ltd (GBP)

Lonza Walkersville Inc.

Lotus BioScience Investment Holdings Ltd.

Lu Bai and Zhiming Tian

Lucigen Corporation

Lung Institute of Western Australia

Lynda Gaillard

Lynne Deans



Maggie Allmand

Maggie Merchant, PhD

Maine Medical Center

Manufactures Life

Mapi Research

Marcum LLP

Margaret Wong

Maria Khambatta

Maria Shabe

Marianne C Mann, MD, PC

Marilyn Roderick

Mariposa Leadership

Marisa P. Gotera

Mark Alfenito

Mark Alfenito and Jeffrey Miles Holman

Mark Baer

Mark C. Genovese, MD

Mark Davis

Mark Erickson & Associates

Mark J. Ratain, M.D.

Marlene Chernow

MarTek Corporation

Martinez, Mark

Maruk Khambatta

Mary Ann Rafferty

Mary Bordeaux Consulting

Mary Flynn

Mason & Blair, LLC

Mason Consulting

Mattson Jack

Mayo Clinic

MBA of California

McCormick Consultation, LLC

McCrone Associates, Inc.

McDermott Will & Emery LLP

MCI Suisse SA

McMaster-Carr Supply Company

MD Becker Partners LLC

MDS Foundation, Inc.

Mediant Communications, LLC

Medical College of Wisconsin

Medical Flightline

Medical Marketing Economics, LLC

Medical Products Agency

Medisales LLC

Megazyme International Ireland

Melissa Fialer

Mercedes-Benz Credit

Mercy High School

Merit Medical Systems, Inc.

Merrill Communications LLC

Meso Scale Diagnostics, LLC

Metastrat, Inc.

Mhairi Copland

MHRA

Michael Chambers

Michael Cory

Michael Flashner

Michael Konstan

Michael Petrarca

Michael Weinblatt, MD

Michael Zhang

Michele Summerill

Michelle Gray

Michelle Walker

MidCap Financial, LLC

Mikea Rene Marzett

Millennium Pharmaceuticals Inc

Millipore Corporation

Miltenyi Biotec Inc

Mimecast North America, Inc.

Minerva Equities Pty, Ltd

Minnesota UI

Mitsubishi UFJ Capital II, Limited Partnership

MKJ Strategic Consulting, Inc.

MLV & Co LLC

Mohler, Nixon & Williams

Mok, Edmond

Molecular Structure Facility

Monash University

Monash University  (AUD)

Montanez, Thomas

Montgomery & Co., LLC

Montgomery, Marshall Healthcare Partners

MontRidge, LLC

Morgan C. Lam

MorophoSys US Inc.

Morrison & Foerster LLP

Morrow Service

Moss Adams, LLP

Mount Sinai School of Medicine

Mountain View Ice

MP Biomedicals, LLC

MPM Asset Management Investor 2005 BVIII LLC

MPM Asset Management LLC

MPM BioVentures

MPM BioVentures III

MPM BioVentures III GmbH & Co. Beteiligungs KG

MPM BioVentures III Parallel Fund, LP

MPM BioVentures III, LP

MPM BioVentures III-QP, LP.

MPM BioVentures Strategic Fund LP

MPN Research Foundation

Multi-Media Productions "USA', Inc.

Murigenics Inc

Myraqa, Inc.

N.B. Shepperson

NASDAQ OMX Corporate Solutions, LLC

National Analytical Instruments

National Jewish Medical Research Center

National Registered Agents, Inc.

Navigant Consulting, Inc.

NCHRA

NCO

NedaNet Computer Consulting



Nektar Therapeutics

Nelson Laboratories, Inc.

Nenad Tomasevic

Nenad Tomasevic and Anita Izrael-Tomasevic

NetGate Internet

NetSuite Inc.

Networld

Neurological Sciences Institute/OHSU

New England Biolabs Inc.

Nexcelom Bioscience LLC

Nicholas Vogelzang

Njoroge Lucas Muigai

NOF America Corporation

NoonTime University, Inc.

NorCal Moving Services

Nordin, Diana

North American Van Lines

North County Vending

North State Environmental

North West Supply, Inc.

Northrop Grumman Information Technology Global,

Corp.

Northrop Grumman International Trading, Inc.

Nouvag USA Inc

Novagen, Inc.

Novartis Inst for Functional Genomics

Novella Clinical Inc.

Novella Clinical Resourcing (NCR)

Novotech Pty Ltd

Novus Biologicals

nSpire Health, Inc.

Nucleus Network

Octagon Research Solutions, Inc.

Office Max

Office Relief Inc

Okava, LLC

OKTA, Inc.

Old Time Coffee Company

Omnicia Inc.

Omniox, Inc

Omniox, Inc.

Oncology Plus

OneBeacon

OneSource Landscape and Golf

Onset Pharmaceutical Consultants, LLC

Open Biosystems, Inc

Operon Biotechnologies Inc.

Orchard Supply House

Oregon Health & Science University

OriGene Technologies, Inc.

Orion Clinical Services Ltd

Orion Sante

OSMOS Clinical Research, Inc.

Otis Elevator Company

Oval Medical Technologies Limited

Oxford Global Resources, LLC

Pacific BioDevelopment, LLC

Pacific BioFacilities

Pacific Clinical Consulting dba Jane M. Alexander

Pacific Coast Fire

Pacific Data Designs, Inc.

Pacific Occupational Health Clinic

Pacific Water Systems

Palath, Varghese

Palleschi & Associates, LLC

Palo Alto Institute of Molecular Medicine

Palo Alto Medical Foundation

Pam Foster Willey Consulting

Panacea Enterprises, LLC dba Erika Merriam

Panorama Research, Inc.

PanResearch, Inc.

PanResources International, Inc.

Paradigm Consulting, Inc.

Paragon BioServices

Parexel International, LLC

Parisian Home

Park Terrace Condo #801

Park Village Pines

Patoximed Consultants

Patricia Ann Walicke MD, PhD

Patricia Baldwin

Patricia R. Donchin

Patrick A Flume

Paul Aisen

Paul Frohna

Paula Shadle

Paulette A. Caproni

Pearce, Tillman

Peggy Stevenson

Peninsula Security Services

Peninsula Traffic Congestion Relief Alliance

Peninsula Visa

Peninsula Yellow Cab Co., Inc

PeproTech, Inc.

Perkin Elmer

Perkins Coie

Perseid Professional Services, LLC

Peter Flynn

Peter Kirk and Clare Kirk

Peter Myers

Peter Schultz

Peter Thurlow

Peter Tsao

PG&E

Phadia US Inc

Pharma Spray Drying, Inc.

Pharmaceutical Outsource Solutions, Inc.

Pharmaceutical Research Association, Inc. (PRA)

Pharmaplex BVBA

PharmaVentures

Phenix Research Products

Phenomenex

Philip G. Bardin

Phoenix 2.0, Inc.

Phoenix Flow Systems, Inc.

PhyNexus Inc

Pierce Biotechnology, Inc.

Pietra Research

Pillsbury Winthrop Shaw LLP

Pipette.com

Pitney Bowes

Pitney Bowes Global Financial Services LLC

Pitney Bowes Inc

Pizza My Heart

Pollitt, Sonia

Polysciences, Inc.

Powermax, Inc.

PPD Development

PR Newswire Association, LLC

Praxair

Premiere Global Services

Prescott Woodruff

Prestige Lens Lab

Prevalere Life Sciences, Inc.

PriceSpective LLC

Princeton Corporate Consultants, Inc

Principal Financial Group

Printer Assist

Process Global, Inc.

Productivity Card Services

ProGenosis s.a.

Projections Research

Prologue Research International Inc.

Promega

ProSafety LLC

ProSpec-TanyTechnoGene Ltd

ProTrials Research, Inc.

PSI CRO AG

Public Company Accounting Oversight Board

(PCAOB)

Purchase Power

Pyramid Printing

Qbiogene, Inc.

Qiagen Inc.

QIMR Berghofer Medical Research Institute

QiSheng Wei PhD

QOL Technologies Ltd

QOL Technologies Ltd. (GBP)

QSecure

Quality Assurance Systems, Inc.

Quality Services dba Laureen E. Little

QualTek Molecular Laboratories

Quarles & Brady LLP

Queen's Louisiana Po-boy Cafe LLC

Quest Software, Inc.

Quintiles

Quorum Review, Inc.

R&D Healthcare, Inc.

R&D Logic

R&D Partners

R&D Systems, Inc.

Rae-Venter Law Group, P.C.

Rainier Scientific Instruments

Rainin Instrument, LLC

Rajesh Patel

Ralph McElroy Translation Co.

Ramies Consulting, Inc.

Ramona's Pizza

Ravix Group

Ray Balewicz

Raymond M. Withy

RBC Capital Markets

Real Staffing Solutions, Inc. dba Real Staffing Group

Rebecca Devine

Rebecca M. Sunshine

Reference Service

Regents of the University of California

Regents of the University of Minnesota

Reliable Fire Extinguisher Co.

Remedy Compensation Consulting

Rentacrate, LLC

Republic Indemnity Company of California

Research & Technology Consultants

Respiratory Clinical Trials-RCT

Revati Inc. A Medical Corporation

RheoSense, Inc

Richard A. Shupack, Esq.

Richard G. Wunderink

Richard J. Martin, MD

Richard J. Spanggord and Kelly Spaggord

Richard Lerner

Richard Lock

Richard Moss

Ricoh Americas Corporation - ATL

Ricoh Americas Corporation - Philadelphia

Ricoh Americas Corporation - POB4245

Ricoh Americas Corporation - POB6434

Ridge Biotechnology Consulting

RMB Enterprises

Robert A. Baffi

Robert Balint

Robert Half Legal

Robert Ragland

Roche Diagnostics Corporation

Roche Palo Alto LLC

Rockland

Rodman & Renshaw, LLC

Rodney Jue

Rolondo Enoch

Ron A Martell

Ron Lanza

Ronan Swords

Roto-Rooter Services Company

Roy E. Bullingham

Royal Adelaide Hospital c/o CNS

Royal Brisbane and Women's Hospital

Royal Perth Hospital

Royce Hotels Pty Ltd

RR Donnelley

Russell Reynolds Associates, Inc.

Ryan Herco Flow Solutions

Saint James & Albany

Sally Wenzel-Morganroth

Samm Solutions, Inc. dba BTS Research

San Francisco Giants

San Francisco Ice Company

San Jose Ice Company

San Mateo County

San Mateo County Employer Advisory Council

(EAC)

San Mateo County Environmental Health

San Pacific Vacation Rentals

Sandra Lew

Sandy Black

Sanofi Pasteur

Sanofi Pasteur (USD)

Santa Clara County Tax Collector

Santa Clara Cty-Dept of Envir Health

Santa Cruz Biotechnology, Inc

Sartorius Stedim North America Inc

SAS Institute, Inc.

SBC

Schentag Corp

Schleicher & Schuell Bioscience

Schreifels & Williges

Schumann's Four Seasons Caterers

Scientific & Educational Software

Scientific Support, Inc.

Scientifica, Inc.

SciLog, Inc.

Scott Saywell

SCP Consultants LLC

Sears

Seattle Children's Hospital

SEC

Selleck Chemicals, LLC

Sensitech

Sepax Technologies, Inc.

Sequetech Corporation

Sequoia Occupational Health Services

Setren, Smallberg & Associates, Inc.

Seyfarth Shaw LLP

SFSU-CEL

Shadle Consulting

Shareholder.com

Shari S. Lennon



SHI

Shin Jung Food Corporation

Shopp Nonclinical Consulting LLC

Shore Limited (GBP)

Shotgun Delivery

Shred-It USA LLC

Shriners Hospitals for Children

Siemens Industry, Inc.

Siemens Water Technologies Corporation

Sigma-Aldrich Inc.

SignalChem

Silicom Ventures

Silicon Maps, Inc.

Silicon Valley Seminars, Inc.

Silicon Valley Shelving and Equipment

Silver Lake Research Corporation

Singapore Bio-Innovations Pte Ltd.

Skyline Business Products LLC

SleepAfloat

Smart Interiors

Societe d'Exploitation Hoteliere la Defense

Socom Consulting

Sofinnova Venture Affiliates V, LP

Sofinnova Venture Partners V, LP

Sofinnova Venture Principals V, LP

Sofinnova Ventures, Inc.

Sonia Pollitt

Sophia Kindergeneeskunde B.V.

South Arts Pittsburgh

South San Francisco Fire Department

South San Francisco Scavenger Company, Inc

Southern Biotech

Southern California Permanente Medical Grp

Southern Research Institute

Speakeasy Broadband Services LLC.

Spherotech

Sprint PCS

SRI International

SSCI

SSI (US), Inc. dba Spencer Stuart

SSL Consulting

Stan's Radiographic Service, Inc.

Standard & Poor's Financial Services LLC

Stanford Blood Center

Stanford University

Stanford University - Steve Masley

Stanford University Mass Spectrometry

Stanford University-Beckman Center

Staples

State of California - CA Environmental Protection

Agency

State of California Disbursement Unit

State of Delaware

Stemcell Technologies

StemLifeLine, Inc.

Stephen Dorian Miner

Stephen M. Nava

Stericycle Speciality Waste Solutions, Inc.

Steris Corporation

Sterling HSA

Steve Goldman, MD

Steven Koehler

Steven R. Cummings, MD, FACP

Stock & Option Solutions, Inc.

Strawn Arnold & Associates Ltd.

Stuart Builder

Stuart E. Builder

Suha Jhaveri

Sujatha-Bhaskar, Swathi

Suketu Desai

Sullivan Associates, LLC dba Dawn-Marie Anne

Dellanini-Sullivan

SunBio Inc.

Sunil Reddy

Surdel Consulting, Inc.

Survival Research Labs

Susan C. Wright PhD

Susan Light

Sutter Care at Home Flu & Wellness Program

SVP Clinical Research Inc

Swing Fever Entertainment

SydPath Contract Pathology

Synertel

Synomics Pharmaceutical Services, LLC

T-Mobile

T.H.E. Office City

Taconic Farms, Inc.

Takahashi Market

Talusis LLC dba Thomas Wallace Lategan

TAP Plastics, Inc.

Tapan Kadia

Target-In

Tax Collector, Santa Clara County

TE Pastorino

TeamWorld, Inc.

Technelysium

Technical Instrument San Francisco

Technical Safety Services, Inc.

Ted Love

Teknova, Inc.

TeleKenex, Inc

Telemax Communications, Inc.

TelePacific Communications

Teri Savage

The Ascent Services Group

The Bauman Group

The Brenner Group, LLC

The Cakery

The Children's Hospital

The Cleveland Clinic Foundation

The Corporate Executive Board Company

The Dow Chemical Company

The Fundamentals

The Genetics Company, Inc.

The Jackson Laboratory

The Leukemia & Lymphoma Society

The Lincoln National Life Insurance Company

The Manufactures

The NASDAQ Stock Market, LLC

The Network, Inc.

The Original Underwhere Company

The Peninsula Golf & Country Club

The Regents of the University of California (OTM)

The Regents of the University of California (SF

Office)

The Regents of the University of California -

Extramural Funds Section

The Regents of U.C., Davis

The Retirement Advantage

The Trout Group LLC

The University of Iowa

The University of Texas

Therapak Corporation

Theresa Savage

Therma Corp

Thermo Fisher Scientific (Asheville) LLC

Thesaurus Information and Strategies, Inc. (ThesIS)

Thomas B Casale, Inc

Thomas Chang

Thomas M. Tremblay

Thomas R. Montanez

Thomas Tou

Thomas W. Ferkol

Thomson Reuters (Markets) LLC

Thomson Reuters (Scientific), Inc.

Thoughtware Technologies

Tillman Pearce

Tim Brighton

TLC Administrators, Inc

TNT USA, Inc.

Tocris Bioscience

Toll Architectural Graphics, Inc

Tom Yonker

Tony Championsmith

Tosoh Bioscience, LLC

Total & Complete Services, Inc.

Total Media Group

Town of Atherton

Townsend and Townsend and Crew LLP

Transamerica

Transamerica Life Insurance Company

TREK Diagnostic Systems

Trevor Hansel

Tri-Anim Health Services Inc

TRIIO, LLC

Trisha Sturgill

U.C. Regents

U.S. Department of Homeland Security

U.S. Healthworks Medical Group, PC

UC Regents

UCSF Controller's Office

UCSF Foundation

UCSF Helen Diller Family Comprehensive Cancer

Center

Unique Events, Inc.

United Bioinformatica Inc

United Parcel Service

United States Biological Corporation

United States Patent & Trademark Office

United States Trademark Protection Agency

United States Treasury

University of California (UCLA)

University of Colorado Denver at The Children's

Hospital

University of Iowa

University of Miami

University of Rochester

University of Texas M.D. Anderson Cancer Center

University of Utah

Uppsala Monitoring

UPS

Upstate USA Inc

US Biological Corp.

US Dept of State

US Fish and Wildlife Service

US Postal Service

USA Scientific

USB Corporation

V. Bryan Lawlis, Jr.

V2 Bio-Consulting, Inc.

ValleyCrest Landscape Maintenance, Inc.

Van Arsdale Yeager, LLC

Varghese Palath and Mary Palathumpat

Variable Insurance Products Fund III

Variable Insurance Products Fund III:Balanced

Portfolio

Varian Analytical

Vector Laboratories, Inc.

Verisign, Inc.

Verizon Wireless

Vernon M. Chinchilli

Vertex Data Designs

Viaflo Corporation

Vibeke Strand

Victor Roberts

Vidhya Gopalakrishnan

Viking Office Products

Villa del Toro, Mirella

Virginia Hala

Viro Dynamics Corporation

Viva Communications

Vivascience

Voisin Life Sciences Consulting

VOX Network Solutions, Inc.

VSP

VSP (Cobra)

VWR International LLC

W. Scott Harkonen

Walter & Eliza Hall Institiute of Medical Research

Walters & Wolf

Wan-Ching Lai

Watermark Animation & Illustration

WCG

Webfortis, LLC

Wells Fargo Insurance Services USA, Inc.

Wendy Ching

Wendy Hsaio and Albert Hsaio

West Coast Security, Inc

West Pharmaceutical Services

West Valley Staffing

Western Allied Mechanical

Western Analytical Products, Inc.

Western Audio / Video, Inc.

Western Australia Department of Health

Western Institutional Review Board

Western Messenger Service, Inc

Western Sydney Local Health District

WHL Architects*Planners Inc

William Alexander

William J. Sandborn, MD

William May / Attorney

William McMillan Consulting

William W. Busse, MD

Williams Cancer Drug Consulting LLC dba Grant A.

Williams

Windhover Information Inc

With Ice Design

Woodruff-Sawyer & Co.

Word & Brown

Workright Training, LLC

World Courier

World Courier Ground, Inc.

World Customs Brokerage, Inc.

World Data Products

World Health Organization

Yale University

Yarranton, Geoff

Yi, Christina

Yuqiang Wang PhD

Yusen Air & Sea Service (USA) Inc

Zee Medical Inc

Zhiming Tian

Zillion Media

Zoe Patane

ZS Associates, Inc.

Zymed Laboratories Inc.