UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>KALOBIOS PHARMACEUTICALS, INC., SECURITIES LITIGATION | Case No.  5:15-cv-05841-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff's Case Management Conference Statement (Dkt. No. 39), and in light of the recently-filed consolidation order, the court orders as follows:

1. The Case Management Conference scheduled for April 28, 2016, in <u>Isensee v. KaloBios Pharmaceuticals, Inc.</u>, Case No. 5:15-cv-06331-EJD, is VACATED.

2. The Case Management Conference in the above-entitled action is CONTINUED from April 28, 2016, to **9:00 a.m. June 2, 2016.**  The parties shall file an updated Joint Case Management Conference Statement on or before **May 26, 2016.**

**IT IS SO ORDERED.**

Dated:  April 28, 2016

EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-05841-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE