Keith Chrestionson (SBN: 130936)
kchrestionson@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.364.5540
Facsimile: 415.391.4436

Scott L. Vernick (admitted *pro hac vice*)
William H. Stassen (admitted *pro hac vice*)
Peter C. Buckley (admitted *pro hac vice*)
svernick@foxrothschild.com
wstassen@foxrothschild.com
pbuckley@foxrothschild.com
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: 215-299-2000
Facsimile: 215-299-2150

Attorneys for Defendant
MARTIN SHKRELI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE KALOBIOS PHARMACEUTICALS, INC. SECURITIES LITIGATION | Case No.: 5:15-cv-05841-EJD |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO ALL ACTIONS, | **JOINT STIPULATION TO MOVE HEARING DATES; [PROPOSED] ORDER THEREON** |

   WHEREAS, the hearing on Plaintiffs' Motion for Prelimimary Approval of Partial Settlement (the "Preliminary Approval Motion") is noticed for 9:00 a.m. on January 19, 2017 before the Honorable Edward J. Davila;

   WHEREAS, the hearing on Defendant Martin Shkreli's Motion to Dismiss (the "Motion to Dismiss") is noticed for 9:00 a.m. on February 2, 2017, two weeks later, before the Honorable Edward J. Davila;

   WHEREAS, the Preliminary Approval Motion is unopposed, and the Motion to Dismiss will be fully briefed by October 5, 2016;

WHEREAS, the parties are represented by counsel who will take cross-country flights in order to participate in these hearings, and, as such, to conserve resources, the parties would like to consolidate the hearing dates into a single appearance before this Court;

WHEREAS, for the foregoing reasons, and in the interests of judicial economy, the parties respectfully submit that the hearings should be consolidated and conducted on the same date at the earliest convenience of the Court, but no later than 9:00 a.m. on January 19, 2017, the date that is already reserved for the Motion for Approval of Partial Settlement.

WHEREAS, the parties are also available on the following earlier dates for a consolidated hearing on both Motions, if convenient for the Court:   November 3, 2016, November 17, 2014, December 1, 2016, January 12, 2017.

NOW, THEREFORE, subject to approval by this Court, the undersigned parties stipulate and agree that:

1. The consolidated hearing date for Plaintiffs' Preliminary Approval Motion and Defendant Shkreli's Motion to Dismiss shall be 9:00 a.m. on January 19, 2017.

Dated:  September 16, 2016           POMERANTZ LLP

By  /s/Matthew L. Tuccillo
Jennifer Pafiti
Marc I. Gross
Jeremy A. Liberman
Matthew L. Tuccillo
J. Alexander Hood II
Patrick V. Dahlstrom
*Attorneys for Plaintiffs*

Dated:  September 16, 2016           FOX ROTHSCHILD LLP

By  /s/Keith Chrestionson
Scott L. Vernick
William H. Stassen
Peter C. Buckley
Keith Chrestionson
*Attorneys for Defendant Martin Shkreli*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

2  Dated: 9/20/2016

3  _____
   Edward J. Davila
   United States District Judge