UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re KALOBIOS PHARMACEUTICALS, INC SECURITIES LITIGATION | Case No.  5:15-cv-05841-EJD<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF PARTIAL SETTLEMENT; ATTORNEYS' FEES**<br><br>Re: Dkt. Nos. 81, 82 |

Based on a review of this action, the court finds, concludes, and orders as follows:

1. The hearing on Plaintiffs' Motion for Final Approval of Partial Settlement (Dkt. No. 81) and Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. No. 82) is hereby CONTINUED to **9:00 a.m. on June 22, 2017**.

2. Plaintiffs' Motion for Final Approval provides that "any remaining funds remain in the Partial Settlement fund to be distributed to Settlement Class Members, ***or cy pres recipients**...*" Dkt. No. 81 at 18 (emphasis added). However, no *cy pres* recipients are identified in Plaintiffs' Motion, or in the Parties' Stipulated Settlement Agreement (Dkt. No 58-1). Accordingly, Plaintiffs shall identify and designate an appropriate *cy pres* recipient and file any revised documents reflecting this change on or before **June 15, 2017**. Specifically, Plaintiffs are instructed to file a revised Proposed Order and Final Judgment that includes the newly designated *cy pres* recipient(s).

**IT IS SO ORDERED.**

Dated: June 1, 2017

_____

1

Case No.: 5:15-cv-05841-EJD
ORDER CONTINUING HEARING ON PLAINTIFFS' MOTIONS FOR FINAL APPROVAL OF PARTIAL SETTLEMENT; ATTORNEYS' FEES

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

EDWARD J. DAVILA  
United States District Judge