UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE KALOBIOS PHARMACEUTICALS, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS | Case No. 5:15-cv-05841-EJD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER VACATING MOTION TO DISMISS HEARING IN LIGHT OF SETTLEMENT AND SETTING PRELIMINARY APPROVAL HEARING DATE<br><br>Date:  March 29, 2018<br>Time:  9:00 a.m.<br>Courtroom:  4 – 5th Floor<br>Judge:  Hon.` Edward J. Davila |

The Court has considered the stipulation by and between Plaintiffs and Defendant Shkreli requesting that: (1) the hearing on Defendant Shkreli's Motion to Dismiss set for February 8, 2018 be vacated in light of the parties' agreement to settle the case against Defendant Shkreli; (2) the proceedings be stayed except as necessary for the Court to consider the proposed settlement and to rule upon settlement-related motions as they are filed; and (3) the hearing on Plaintiffs' motion for preliminary approval of the proposed settlement with Defendant Shkreli be held jointly with the hearing on Plaintiffs' unopposed motion for distribution of the settlement fund arising from their previous settlement with Defendants KaloBios, Martell, and Cross, which motion is calendared for March 29, 2018 at 9:00, in Courtroom 4 - 5th Floor, 280 South 1st Street, San Jose, CA, 95113, at which this Court has previously granted Plaintiffs' counsel's request to appear telephonically.  The relief requested in the parties' stipulation is hereby GRANTED.

1
2  Dated: February 1, 2018                SO ORDERED:
3
4
5                                         _____
                                          HON. EDWARD J. DAVILA
6                                         UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28